JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FIEDLER, an individual, and ELI GORDON, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PORCH.COM, INC., and MATTHEW EHRLICHMAN,<br><br>    Defendants. | Case No. 2:20−cv−05736−MWF−PVCx<br><br>**ORDER RE: STIPULATION REMANDING ACTION**<br><br>Judge: Hon Michael W. Fitzgerald<br>Courtroom: 5-A<br><br>Complaint Filed: May 26, 2020 |

**IT IS HEREBY ORDERED** that, pursuant to the parties' STIPULATION REMANDING ACTION (the "Stipulation"), the Stipulation is approved. Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Los Angeles County Superior Court. In the event that Plaintiffs DAVID FIEDLER and ELI GORDON (hereinafter "Plaintiffs"), hereafter fail to submit this matter to binding arbitration consistent with the Stipulation, Defendants PORCH.COM, INC., and MATTHEW EHRLICHMAN (hereinafter "Defendants") may remove this action to the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1441(b).

**IT IS SO ORDERED.**

Dated: August 3, 2020

MICHAEL W. FITZGERALD
United States District Judge

4828-3162-9509.1

ORDER RE: REMAND